

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-2003

# USA v. Swinton

Precedential or Non-Precedential: Non-Precedential

Docket No. 01-1004

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Swinton" (2003). *2003 Decisions.* Paper 354.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/354

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 01-1004
_____

UNITED STATES OF AMERICA

v.

ANDRE SWINTON,
Appellant
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 94-cr-00008-1)
District Judge:  Hon. Harvey Bartle, III
_____

Submitted Under Third Circuit LAR 34.1(a)
December 19, 2002

Before:  SLOVITER, McKEE, and ROSENN, Circuit Judges

(Opinion Filed June 23, 2003)
_____

ORDER  AMENDING  OPINION
_____

The slip opinion in the above case is hereby amended as follows:

1.      On page 28, line 2, change "Clark" to "Parker."

BY THE COURT:

/s/Max Rosenn

Circuit Judge

Dated: July 18, 2003